# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ALLEN GREEN,  )<br>  )<br>       Defendant.  ) | Case No. 8:05CR288<br><br>ORDER |

This case is before the court on the defendant's Motion to Review Conditions of Release (#18). The motion is denied without hearing.

The defendant's proposed placement with a third-party custodian fails to overcome the rebuttable presumption of detention under 18 U.S.C. § 3142(e). Additionally, the proposed placement fails to mitigate the court's concerns as set out in the August 24, 2005 Detention Order (#16). This is particularly true given the defendant's substantial prior felony record spanning thirty years, and the fact that a total of 31 warrants have been issued against the defendant for failure to appear as directed or noncompliance with court directives.

**IT IS ORDERED:**

1. The defendant's Motion to Review Conditions of Release (#18) is denied without hearing.

Dated this 30th day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge