### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:05CR288 |
| vs. | ) ) | ORDER |
| ALLEN GREEN, | ) ) | |
| Defendant. | ) | |

Before the court is W. Russell Bowie's Motion to Withdraw [33] as counsel for the defendant. On September 27, 2005, Attorney Glenn A. Shapiro filed an Entry of Appearance of Counsel [32]. For that reason, the Motion to Withdraw [33] will be granted and Mr. Bowie will be deemed withdrawn as attorney of record.

IT IS SO ORDERED.

DATED this 28th day of September, 2005.

BY THE COURT:

s/ F. A. Gossett
U.S. Magistrate Judge