IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR288 |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| ALLEN GREEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's motion (filing no. 87) requesting a copy of the docket sheet and the status of filings no. 84 and 85. Defendant's motion (filing no. 87) is granted and the clerk of court is directed to forward defendant a copy of the docket sheet and filing no. 86 (the Memorandum and Oder ruling on filing nos. 84 and 85).

IT IS SO ORDERED.

DATED this 22nd day of January, 2007.

BY THE COURT:

Joseph F. Bataillon
Chief United States District Judge

1