THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | 8:05CR288 |
| v. | ) | |
| ALLEN GREEN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's motion for an extension of time (filing no. 94) to file its Answer and Brief responding to the defendant's § 2255 motion. The motion is granted.

IT IS ORDERED:

1. That by June 22, 2007, the United States shall answer the defendant's § 2255 motion, supported by a brief;

2. That by July 23, 2007, the defendant may file a reply brief; and

3. The Clerk of Court is directed to send a copy of this Memorandum and Order to the defendant at his last known address.

DATED this 5th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge