IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | 8:05CR288 |
| v. | ) | |
| ALLEN GREEN, | ) | ORDER |
| Defendant. | ) | |

    Before the court is defendant Allen Green's letter/motion (Filing No. 101) requesting a extension of time in which to file a reply to the government's response to his Motion to Vacate under 28 U.S.C. § 2255 (Filing No. 89).  The court will grant the defendant an extension of time to file his reply until thirty days following this court's ruling on defendant's Motions for Appointment of Counsel (Filing Nos. 91 and 100).

    SO ORDERED.

    DATED this 23rd day of July, 2007.

                                       BY THE COURT:

                                       s/ Joseph F. Bataillon
                                       Chief United States District Judge