IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALLEN GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's motion to extend time in which to file brief in support of defendant's motion to reduce sentence and request for evidentiary hearing. Filing No. 125. Having considered the matter,

IT IS ORDERED that:

1. The defendant's motion for extension of time (Filing No. 125) is granted;
2. The defendant shall file on or before September 5, 2008 a brief in support of his motion;
3. The hearing currently scheduled for Thursday, July 24, 2008, at 1:30 p.m., will be re-scheduled for a date to be determined.

DATED this 10th day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge