IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR288-01 |
| V. | ) | |
| ALLEN GREEN, | ) | ORDER |
| Defendant. | ) | |

    Before the court is the defendant's motion to reduce his sentence pursuant to the Crack Cocaine Amendment 706 (Filing No. 107) and the defendant's motion to amend the presentence report and for immediate and/or conditional release (Filing No. 112). On February 20, 2009, the court held a hearing (Filing No. 138) on the motions. For the reasons stated on the record, the defendant's motion to reduce his sentence pursuant to the Crack Cocaine Amendment 706 (Filing No. 107) is denied, and the defendant's motion to amend the presentence report and for immediate release (Filing No. 112) is denied as moot. The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

    SO ORDERED.

    DATED this 2nd day of March, 2009.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  Chief District Court Judge