**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CR288** |
| vs. | ) | |
| | ) | **ORDER** |
| ALLEN GREEN, | ) | |
| Defendant. | ) | |

Defendant Allen Green (Green) appeared before the court on June 29, 2015, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 192). Green was represented by Assistant Federal Public Defender Kelly Steenbock and the United States was represented by Assistant U.S. Attorney Jeremy Anderson. Through his counsel, Green waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Green should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon.

The government moved for detention. At the time of the hearing, Green was in the custody of Nebraska state authorities. The motion was held in abeyance pending Green coming into federal custody. Green waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending his dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on July 23, 2015.** Defendant must be present in person.

DATED this 29th day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge