IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br> vs.<br><br>ALLEN GREEN,<br><br>    Defendant. | 8:05CR288<br><br>ORDER |

  This matter is before the court following a dispositional hearing for revocation of supervised release held July 23, 2015 regarding the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 192).  Green was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Jeremy Anderson.  The court determined that the Petition for Offender Under Supervision should be dismissed.

  IT IS ORERED:

  The Petition for Offender Under Supervision, Filing No. 192, is dismissed.  The defendant's supervision is terminated as unsuccessful.

  Dated this 27th day of July, 2015

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge